UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA MORGAN, Surviving Co-Executrix and Co-Trustee Under the Last Will of Robert M. Mumma, Deceased, | |
| Plaintiff, | CIVIL ACTION NO. 1:21-cv-00711 |
| v. | (SAPORITO, M.J.) |
| ROBERT M. MUMMA, II, | |
| Defendant. | |

## ORDER

AND NOW, this 20th day of April, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The removing defendant shall file an amended notice of removal **within fourteen (14) days** after entry of this order, which shall clearly and unequivocally identify the particular state court case he seeks to remove to federal court;

2. Together with the amended notice of removal, the removing defendant shall file a copy of all process, pleadings, and orders served upon him in the removed state court action, including the initial praecipe or writ with which the plaintiff commenced the removed state court

action; and

    3.    The clerk shall mail a copy of this order to the plaintiff's counsel of record in the various state court cases between these parties: **George B. Faller, Jr., Esq., Martson Law Offices, 10 E. High Street, Carlisle, PA 17013**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
